Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

BRIAN NEWELL

Date: 12/13/18
Case No. 5:18CR00250-001
Judge: James S. Gwin
Court Reporter: G. Staiduhar
Pts/Prob Officer: B. Fabian
Interpreter:
Date of Arrest:

U.S. Attorney: Robert E. Bulford, Jr.

Attorney for Defendant(s): Donald J. Malarcik, Jr.

CJA Apt: X
Fed. Defender:
Retained:

**ARRAIGNMENT:**
Defendant arraigned, plea of ____ GUILTY ____ NOT GUILTY ____ NOLO CONTENDERE entered as to count(s) _____ of the ___ Indictment ___ Information.

**CHANGE OF PLEA:**
Defendant Plea of NOT GUILTY withdrawn, plea of ____ GUILTY ____ NOLO CONTENDERE entered as to count(s) _____ of the ___ Indictment ___ Information.

- Plea agreement executed.
- The Court adopts the R&R of the Magistrate Judge and finds there is a factual basis for the acceptance of the guilty plea.
- Bond $_____ ___ set ___ continued ___ detention ___ remanded to the custody of U.S. Marshal.
- Motion of government for detention pending trial. Detention Hearing set for:_____.
- Defendant referred to the Probation Office for Pre-sentence Investigation.
- Jury Trial scheduled for:_____
- Pretrial Conference scheduled for:_____
- Sentencing scheduled for:_____

**SENTENCE:**
Defendant committed to the custody of the Bureau of Prisons for a period of 8 months on count(s) 3 of the _X_ Indictment ___ Information to run ___ concurrent ___ consecutively.

Period of 3 years of supervised release with standard/special conditions as ordered (see reverse side of form).

Fined the sum of $_____    X Fine Waived
Restitution in the amount of $_____ Payable to: _____. ___ Not Ordered.

I.S.S., Probation ordered for a period of _____ months _____ years on count(s)_____
___ Indictment ___ Information with standard/special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $ 100 on counts 3. Total $ 100.

Upon motion of U.S. Attorney, counts(s) 1-2 of the Indictment/Information are hereby dismissed.

The execution of the sentence of imprisonment is deferred and the bond continued until _____, at which time the defendant shall surrender to the United States Marshal for this district, or the designated institution.

- Bond is revoked and the defendant is remanded to the custody of the U.S. Marshal.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

- [X] The defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this court, and shall comply with any additional conditions.

- [X] The defendant shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

- [X] The defendant shall participate in an approved program of outpatient, inpatient or detoxification substance abuse treatment, which will include drug and alcohol testing to determine if the defendant has reverted to substance abuse.

- [X] The defendant shall not possess a firearm, destructive device or any dangerous weapon.

- [ ] The defendant shall provide the probation office access to any requested financial information.

- [ ] The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

- [ ] Financial Windfall Condition.

- [ ] Gambling Condition.

- [ ] The defendant shall enter an adult program and work toward a Certificate of General Educational Development (GED).

- [ ] Special Employment. The defendant shall comply with the Offender Employment Policy which may include participation in training, counseling, and/or daily job search as directed by the pretrial services and probation officer.

- [X] The defendant shall participate in the Location Monitoring Program for a period of __8__ months, to commence no later than 30 calendar days from sentencing.

- [X] Search and Seizure. The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer.

- [ ] Sex Offender Registration and Notification Act (Adam Walsh Act)

- [X] Mental Health Treatment. The defendant shall participate in an outpatient mental health treatment program.

- [ ] Cognitive Behavioral Program.

- [ ] Community Service. The defendant shall perform ____ hours of community service as directed by the probation officer.

- [ ] Gang. The defendant shall not associate with any members of a gang or threat group as directed by the probation officer.

- [ ] Deportation. The defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation, and shall not illegally re-enter or remain in the United States.

- [X] DNA Collection.

- [ ] Denial of Federal Benefits.

- [ ] Sex Offender.

- [ ] Computer/Internet. Total Prohibition on Access to a Computer Internet.

- [ ] Computer/Internet Restricted.

- [ ] Computer/Internet Access Permitted. The defendant shall abide by all rules of the Computer Restriction and Monitoring Program.

- [ ] Computer Search Only.

- [ ] Computer Employment Restriction.

- [ ] Recommendation to the Bureau of Prisons: _____.

- [X] The defendant is granted credit for time already served in relation to this matter.

- [X] The defendant advised of his/her appeal rights.

**COMMENTS:** As an additional condition of supervised release, defendant shall stay in compliance with the medication regime prescribed by his treating physician.

Total Time: 14 min.

s/ Melanie Dresch
Courtroom Deputy Clerk